THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR YOX, Appellant.—

Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

HOWARD F. TOLES, Appellant-Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Respondent-Appellant.—

Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

WILFRED C. BORTON et al., Respondents, v. MARSHALL R. PETERSON et al., Appellants.—

Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

AMERICAN STORES COMPANY, Appellant, v. UPPER NEW YORK REALTY CORPORATION et al., Respondents.—

Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

ABE V. EPSTEIN, Appellant, v. MERLIN J. BOSSARD, Respondent.—

Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [206 Misc. 48.]

FRANK A. KIRSCH, Respondent, v. ROBERT J. MCCORMICK, Appellant.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

MARIE A. KIRSCH, Respondent, v. ROBERT J. MCCORMICK, Appellant.—

Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.